IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES CALHOUN,

    Petitioner,

vs.

JOSE VASQUES, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-072

## ORDER

After consideration of the Government's Motion to Stay the above styled case pending resolution of <u>Brown v. McFadden</u>, No. 04-1411132-F, a similar case pending in the Eleventh Circuit Court of Appeals, the same is hereby **GRANTED**. (Doc. 5.) Counsel for Respondent shall immediately notify the Court when a decision has been entered in <u>Brown</u>.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

CALHOUN  )

vs )   CASE NUMBER CV205-72

VASQUES )   DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/4/05 , which is part of the official record of this case.

Date of Mailing: 5/4/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

James Calhoun, FCI Jesup, 09497-018, 2650 Highway 301 S, Jesup, GA 31599
Amy Lee Copeland

- [ ] Copy placed in Minutes
- [ ] Copy given to Judge
- [X] Copy given to Magistrate