IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES CALHOUN,

    Petitioner,

vs.

CIVIL ACTION NO.:CV205-072

JOSE VASQUES, Warden,

    Respondent.

## ORDER

Petitioner has filed a Motion for Reconsideration of this Court's Order dated May 5, 2005. (Doc. 8.) That Order granted Respondent's Motion to Stay. Upon review, Petitioner's Motion for Reconsideration is **DENIED**. The Order dated May 5, 2005, shall remain the Order of the Court.

**SO ORDERED**, this 6th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

CALHOUN )

vs )   CASE NUMBER CV205-72

VASQUES )   DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/6/05 , which is part of the official record of this case.

Date of Mailing: 6/6/05

Date of Certificate  ☒ same date,    or _____

Scott L. Poff, Clerk

By: Sherry Taylor, Deputy Clerk

**Name and Address**

James Calhoun, 09497-018, FCI Jesup, 2650 Highway 301 S, Jesup, GA 31599
Amy Lee Copeland

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate