FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT -6 ' A 8: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES CALHOUN,

    Petitioner,

vs.     :    CIVIL ACTION NO.:CV205-072

JOSE VASQUES, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Calhoun contends that Respondent and this Court have erroneously concluded that his claims fall within the purview of Brown v. McFadden, ___ F.3d ___, 2005 WL 1618739 (11th Cir. July 12, 2005). Calhoun asserts that his contentions are different than those claims filed by other prisoners (although Calhoun claims that he is eligible to receive up to 54 days' good conduct time per year instead of the 47 days a year the Bureau of Prisons ("BOP") calculated). Calhoun alleges that the BOP has miscalculated the amount of good conduct time to which he is entitled pursuant to 18 U.S.C.A. § 3624(b)(1).

Contrary to his assertions, Calhoun's claims *are* like the claims filed by other prisoners. As such, based on the Eleventh Circuit's recent opinion in Brown, Calhoun is

AO 72A
(Rev. 8/82)

not entitled to his requested relief. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Calhoun's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241 (Doc. No. 1), is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 5th day of October, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)